**Opinion issued May 28, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00878-CV

————————————

## IN RE DCP MIDSTREAM, LP, Relator

———————————————————————————————————————

### Original Proceeding on Petition for Writ of Mandamus

———————————————————————————————————————

### MEMORANDUM OPINION

Relator, DCP Midstream, LP, filed a petition for writ of mandamus in this

Court.* *See* TEX. GOV'T CODE ANN. § 22.221 (Vernon 2004); *see also* TEX. R.

APP. P. 52.1. The mandamus proceeding was abated on September 20, 2012. The

---

\* The underlying case is *Odell et al. v. DCP Midstream, LLC, DCP Midstream Holdings, LLC, and DCP Midstream, LP*, cause number 2010–39744, pending in the 234th District Court of Harris County, Texas, the Hon. Reece Rondon, presiding.

order of which relator complained in this proceeding has been superseded in the trial court by another order.

We reinstate the mandamus proceeding and dismiss relator's petition as moot. We also dismiss any outstanding motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.